

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Tracey Agnew*  *402 East State Street, Room 430*  *609-989-2190*
*Assistant U.S. Attorney*  *Trenton, New Jersey 08608*

November 15, 2023

The Honorable Michael A. Shipp
United States District Court
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re: United States v. Alterrick Livingston
       Crim. No. 23-422 (MAS)

Dear Judge Shipp:

  Per the Court's Text Order issued on November 15, 2023, D.E. 29, setting the briefing schedule for Defendant's Motion to Dismiss the Information or, alternatively, to Withdraw his Guilty Plea, D.E. 28, the Government's response to Defendant's Motion is due November 24, 2023.  Due to a personal scheduling conflict next week, the Government respectfully requests some additional time, until December 1, 2023, to file its response in opposition.  The defense graciously consents to the Government's request for one additional week.  If the Court is amenable to this request, the Government will work to file its brief before December 1, 2023, but no later than that date.

  If the Court seeks to proceed with the sentencing hearing on December 13, 2023 as scheduled, the Government will also work to submit its sentencing submission as soon as possible, but no later than December 1, 2023, unless the Court indicates otherwise.

Thank you in advance for your consideration of this request.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By: _____
TRACEY AGNEW
Assistant U.S. Attorney

cc: John Holliday, Esq. via ECF
Christopher D. Favazza, U.S. Probation via ECF

**The Government shall file its response to Defendant's Motion by December 1, 2023. Defendant may file a reply by December 8, 2023.**

**So Ordered this 16th day of November, 2023**

_____
**Honorable Michael A. Shipp, U.S.D.J.**